UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTHA DELORES MEDINA AND DONATO MEDINA, JR., <br> Plaintiffs, <br><br> v. <br><br> MIDFIRST BANK; MIDLAND MORTGAGE CO.; AND BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, L.L.P., <br> Defendants. | §§§§§§§§§§§ | CIVIL ACTION NO. 7:18-cv-229 |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Martha Delores Medina and Donato Medina Jr. and Defendants MidFirst Bank, Midland Mortgage Co. and Barrett Daffin Frappier Turner & Engel, LLP (collectively, the "Parties") hereby file this Joint Notice of Settlement, respectfully showing the Court as follows:

The Parties have reached a settlement regarding the claims and causes of action asserted in the above-referenced and numbered cause. The Parties fully expect to present dismissal papers to the Court within sixty (60) days. To preserve judicial economy, the Parties request that the Court remove this case from the trial docket and abate all deadlines.

Respectfully Submitted,

**HOPKINS LAW, PLLC**

*/s/ Mark D. Hopkins*
**Mark D. Hopkins**, *Attorney in Charge*
State Bar No. 00793975
Southern District ID No. 20322
**Shelley L. Hopkins**
State Bar No. 24036497
Southern District ID No. 926469
3809 Juniper Trace, Suite 101
Austin, Texas 78738
(512) 600-4320
(512) 600-4326—Facsimile
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

ATTORNEYS FOR BARRETT DAFFIN
FRAPPIER TURNER & ENGEL, LLP


BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

*/s/ Crystal Gee Roach*
Crystal Gee Roach
State Bar No. 24027322
SD No. 706039
4004 Belt Line Rd., Ste. 100
Addison, Texas 75001
(972) 340-7901
(972) 341-0783 (Facsimile)
CrystalR@bdfgroup.com

**GODINEZ LAW FIRM, P.C.**

 */s/ Ricardo R. Godinez*
State Bar No. 00784137
Southern District ID No. 18033
2415 N. 10th Street
McAllen, Texas  78501
Telephone No. (956) 682-5434
Facsimile No.  (956) 683-1172
ric@godinezlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th Day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to all parties of record:

 */s/ Mark D. Hopkins*
Mark D. Hopkins